# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

FILED
06 JUN 30 PM 3:30
CLERK-ALBUQUERQUE 

Jeremy Smith
Plaintiff(s)/Petitioner(s),

v

Robert Ulibarri
Defendant(s)/Respondent(s).

No. CIV _____.

**CIV-06-0587 WJ RHS**

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

I request leave to commence this civil action without prepayment of fees or security t

therefore pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

(1) I am unable to pay such fees or give security therefor.

(2) The nature of this action is: Petition for Writ of Habeas Corpus 28 USC §2254. The claims are denial of legal access; unconstitutional extradition; involuntary plea; and ineffective assistance of counsel

(3) I am entitled to redress.

(4) I authorize the institution in which I am or have been incarcerated, to release any information concerning my inmate account(s) or other information concerning my financial affairs. I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of this Court payments in accordance with 28 U.S.C. § 1915(b)(2).

2

SF-1915 Leave to Proceed

(5) I acknowledge and consent that a portion of any recovery, as directed by the Court, shall be paid to the Clerk for reimbursement of all fees and costs incurred by me as a result of being granted leave to proceed in forma pauperis.

(6) My assets and their value are listed below:
(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, funds in prison accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

You may attach an additional page, if necessary.

I have no assests outside prison at this time.
I have less than $20 in my inmate account

**REQUIRED CERTIFICATION:** you must attach to this motion and affidavit a certified copy of your trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of this action. You must obtain the certified copy of your trust fund account statement (or institutional equivalent) from the appropriate official or each penal institution at which you are or were confined during the six-month period."

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  LAS CRUCES N.M. on  6-19-06
              (location)  88004            (date)

_Jeremy Smith_
Prisoner's Original Signature

2



RECEIVED
JUN 20 2006

# FINANCIAL CERTIFICATE
(Initial filing or appeal/IFP application)

Jeremy Smith
INMATE NAME (Please Print)

54287
INMATE NUMBER

U.S. DISTRICT COURT CASE NUMBER: _____

1. Inmate's average monthly DEPOSITS for six preceding months: $117.11

2. Inmate's average monthly BALANCE for six preceding months: $82.87

3. CURRENT ACCOUNT BALANCE:
   Funds accessible to inmate as of 06/26/06 (date), including amount in savings account, in excess of minimum amount that must be maintained: $9.29

4. Attached hereto is a copy of the inmate's financial transactions for the six preceding months.

   I hereby certify that as of this date, the financial information is accurate for the above-named inmate, and that a copy of this certificate is being provided to the above-named inmate.

Paula E. Beamont
AUTHORIZED OFFICER

TITLE: Financial Specialist

06/26/06
DATE

New Mexico Corrections Department
SOUTHERN NEW MEXICO CORR. FACILITY

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 12/01/2005   To: 06/26/2006                                         Page 1 of 4

ACCOUNT TRANSACTION DETAIL:

Account: INMATE REGULAR SPENDING
Account Balance: 9.29

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 52.78 |
| 655191 | 12/06/2005 | Commissary Purchase; Invoice 101 | 25.55 |  | 27.23 |
| 655324 | 12/07/2005 | SNM PHOTOS JSU PH7A-G | 3.00 |  | 24.23 |
| 655349 | 12/07/2005 | SNM TOURNAMENT JSU THANKSGIVING DAY |  | 4.00 | 28.23 |
| 665151 | 12/16/2005 | SNM CONCESSION JSU 20-4 & 5 | 2.50 |  | 25.73 |
| 665200 | 12/16/2005 | SNM POSTAGE P16A-J | 0.83 |  | 24.90 |
| 666027 | 12/20/2005 | Commissary Purchase; Invoice 101 | 1.40 |  | 23.50 |
| 666764 | 12/23/2005 | SNM PAY 11/05 LATE - JRSU-ID CLERK 30 |  | 39.60 | 63.10 |
| 666801 | 12/23/2005 | CVR | 5.94 |  | 57.16 |
| 666802 | 12/23/2005 | Automatic Savings Deduction | 1.98 |  | 55.18 |
| 667150 | 12/29/2005 | Cash Receipt - EMMER, ANNE |  | 30.00 | 85.18 |
| 667457 | 01/03/2006 | Commissary Purchase; Invoice 101 | 5.29 |  | 79.89 |
| 668107 | 01/05/2006 | SNM HOBBY SUPPLIES JSU HS5A | 2.75 |  | 77.14 |
| 669838 | 01/10/2006 | Commissary Purchase; Invoice 101 | 24.53 |  | 52.61 |
| 671282 | 01/11/2006 | SNM TOURNAMENT JSU NEW YEAR'S DAY 01/01/06 |  | 4.00 | 56.61 |
| 672792 | 01/12/2006 | Cash Receipt - SMITH, MEREATTA G |  | 20.00 | 76.61 |
| 672870 | 01/12/2006 | SNM CONCESSION JSU 24-4 & 5 | 4.50 |  | 72.11 |
| 673950 | 01/12/2006 | SNM PAY 12/05 - JRSU-ID CLERK 30 |  | 30.60 | 102.71 |
| 674052 | 01/12/2006 | CVR | 4.59 |  | 98.12 |
| 674053 | 01/12/2006 | Automatic Savings Deduction | 1.53 |  | 96.59 |
| 678061 | 01/17/2006 | Commissary Purchase; Invoice 102 | 3.25 |  | 93.34 |
| 678920 | 01/20/2006 | SNM PHOTOS JSU PH20A-B | 3.00 |  | 90.34 |
| 679319 | 01/24/2006 | Commissary Purchase; Invoice 101 |  |  | 90.34 |
| 679319 | 01/24/2006 | Commissary Purchase; Invoice 101 | 11.08 |  | 79.26 |
| 679861 | 01/27/2006 | Cash Receipt - EMMER, ANNE |  | 100.00 | 179.26 |
| 680333 | 01/31/2006 | Commissary Purchase; Invoice 101 | 22.44 |  | 156.82 |
| 680512 | 02/01/2006 | SNM CONCESSION JSU SUPER BOWL 3 & 4 | 19.00 |  | 137.82 |
| 681492 | 02/03/2006 | SNM POSTAGE P3A | 1.11 |  | 136.71 |
| 681566 | 02/03/2006 | Check 3360 - DOPE HOUSE RECORDS | 31.96 |  | 104.75 |
| 681567 | 02/03/2006 | Check 3361 - JACK L MARCUS, INC | 21.25 |  | 83.50 |
| 682451 | 02/09/2006 | Commissary Purchase; Invoice 102 | 21.90 |  | 61.60 |
| 684852 | 02/10/2006 | SNM REFUND CONCESSION JSU SUPER BOWL 3 & |  | 19.00 | 80.60 |
| 687525 | 02/13/2006 | SNM PAY 01/06 - JRSU-M PLMBR HLP 35 |  | 31.50 | 112.10 |
| 687693 | 02/13/2006 | CVR | 4.73 |  | 107.37 |
| 687694 | 02/13/2006 | Automatic Savings Deduction | 1.58 |  | 105.79 |
| 689546 | 02/14/2006 | Commissary Purchase; Invoice 102 | 3.25 |  | 102.54 |

**MESSAGES:**
06/26/06   HERE IS A STATEMENT OF YOUR ACCOUNT.   PAULA BIAMONT, SNMCF INMATE ACCOUNTS

Offender #: 29938   USP #: 54287   SMITH, JEREMY                                    Location: SNMCF 4A   Cell: C116A

New Mexico Corrections Department
SOUTHERN NEW MEXICO CORR. FACILITY

## STATEMENT OF ACCOUNT
### Offender Account Activity

Statement Date: 12/01/2005   To: 06/26/2006

Page 2 of 4

ACCOUNT TRANSACTION DETAIL:

Account: INMATE REGULAR SPENDING
Account Balance: 9.29

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 692770 | 02/22/2006 | Commissary Purchase; Invoice 101 | 2.84 | | 99.70 |
| 692835 | 02/22/2006 | SNM POSTAGE P22A-C | 4.20 | | 95.50 |
| 693412 | 02/24/2006 | SNM CONCESSION JSU 28-4&5 | 15.50 | | 80.00 |
| 693857 | 02/28/2006 | Commissary Purchase; Invoice 101 | 14.54 | | 65.46 |
| 694079 | 03/01/2006 | Cash Receipt - CLAY, JESSIE | | 100.00 | 165.46 |
| 694825 | 03/03/2006 | SNM LEGAL COPIES 03/06 LC3A BAL -0- | 16.00 | | 149.46 |
| 694825 | 03/03/2006 | SNM NOTARY 03/06 NP3B BAL -0- | 1.00 | | 148.46 |
| 695330 | 03/07/2006 | Commissary Purchase; Invoice 101 | 33.57 | | 114.89 |
| 695404 | 03/07/2006 | SNM REFUND HOBBY SUPPLIES JSU R-HS5A | | 2.75 | 117.64 |
| 696186 | 03/08/2006 | SNM NOTARY 03/06 NP8A BAL -0- | 1.00 | | 116.64 |
| 698389 | 03/10/2006 | SNM CONCESSION JSU 30-4 & 5 | 14.00 | | 102.64 |
| 701192 | 03/13/2006 | SNM PAY 02/06 - JRSU-M PLMBR HLP 35 | | 36.40 | 139.04 |
| 701335 | 03/13/2006 | CVR | 5.46 | | 133.58 |
| 701336 | 03/13/2006 | Automatic Savings Deduction | 1.82 | | 131.76 |
| 702521 | 03/14/2006 | Commissary Purchase; Invoice 101 | 3.10 | | 128.66 |
| 702738 | 03/14/2006 | SNM PHOTOS JSU PH14A-XX | 7.50 | | 121.16 |
| 703639 | 03/15/2006 | Cash Receipt - BLACK, AMY | | 40.00 | 161.16 |
| 703705 | 03/15/2006 | Check 3730 - DOPE HOUSE RECORDS | 7.99 | | 153.17 |
| 703706 | 03/15/2006 | Check 3731 - EASTBAY | 46.98 | | 106.19 |
| 703707 | 03/15/2006 | Check 3732 - PACK CENTRAL INC | 29.96 | | 76.23 |
| 705960 | 03/21/2006 | Commissary Purchase; Invoice 101 | 20.64 | | 55.59 |
| 707272 | 03/31/2006 | Cash Receipt - CLAY, JESSIE | | 100.00 | 155.59 |
| 707362 | 03/31/2006 | Check 3846 - JACK L MARCUS, INC | 20.00 | | 135.59 |
| 707979 | 04/04/2006 | Check 3876 - MUSIC BY MAIL | 23.99 | | 111.60 |
| 709160 | 04/06/2006 | SNM CONCESSION JSU 32-4 & 5 | 14.50 | | 97.10 |
| 709864 | 04/07/2006 | Check 3913 - M & P SALES | 35.46 | | 61.64 |
| 712553 | 04/11/2006 | Commissary Purchase; Invoice 101 | 31.71 | | 29.93 |
| 713884 | 04/12/2006 | Cash Receipt - EASTBAY | | 46.98 | 76.91 |
| 718509 | 04/18/2006 | Commissary Purchase; Invoice 101 | 9.70 | | 67.21 |
| 719350 | 04/20/2006 | Cash Receipt - JACK L MARCUS INC | | 4.75 | 71.96 |
| 719356 | 04/20/2006 | SNM PAY 03/06 LATE - JRSU-M PLMBR HLP 35 | | 14.00 | 85.96 |
| 719359 | 04/20/2006 | CVR | 2.10 | | 83.86 |
| 719360 | 04/20/2006 | Automatic Savings Deduction | 0.70 | | 83.16 |
| 719429 | 04/21/2006 | SNM CONCESSION JSU 33-4 & 5 | 14.25 | | 68.91 |
| 719892 | 04/25/2006 | Commissary Purchase; Invoice 101 | 14.08 | | 54.83 |
| 720653 | 04/28/2006 | SNM LEGAL COPIES 04/06 LC28A BAL -0- | 5.00 | | 49.83 |

**MESSAGES:**
06/26/06   HERE IS A STATEMENT OF YOUR ACCOUNT.   PAULA BIAMONT, SNMCF INMATE ACCOUNTS

New Mexico Corrections Department
SOUTHERN NEW MEXICO CORR. FACILITY
### STATEMENT OF ACCOUNT
**Offender Account Activity**

Statement Date: 12/01/2005   To: 06/26/2006                                      Page 3 of 4

ACCOUNT TRANSACTION DETAIL:

Account: INMATE REGULAR SPENDING
Account Balance: 9.29

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 720653 | 04/28/2006 | SNM NOTARY 04/06 NP28B BAL -0- | 2.00 |  | 47.83 |
| 721363 | 05/02/2006 | Commissary Purchase; Invoice 102 | 13.43 |  | 34.40 |
| 721459 | 05/03/2006 | SNM LEGAL COPIES 04/06 LC3A BAL -0- | 0.20 |  | 34.20 |
| 721616 | 05/04/2006 | SNM CONCESSION JSU 35-4 & 5 | 5.00 |  | 29.20 |
| 725204 | 05/09/2006 | Cash Receipt - MUSIC BY MAIL |  | 23.99 | 53.19 |
| 725279 | 05/09/2006 | Commissary Purchase; Invoice 101 | 17.18 |  | 36.01 |
| 728532 | 05/12/2006 | SNM PHOTOS JSU PH12A-D | 3.00 |  | 33.01 |
| 730513 | 05/15/2006 | Cash Receipt - BLACK, AIMEE |  | 50.00 | 83.01 |
| 730513 | 05/15/2006 | Cash Receipt - M & P SALES |  | 2.99 | 86.00 |
| 731264 | 05/15/2006 | SNM PAY 04/06 - JRSU-M PLMBR HLP 35 |  | 2.10 | 88.10 |
| 731436 | 05/15/2006 | CVR | 0.32 |  | 87.78 |
| 731437 | 05/15/2006 | Automatic Savings Deduction | 0.11 |  | 87.67 |
| 732038 | 05/16/2006 | SNM LEGAL COPIES 05/06 LC16A BAL -0- | 0.20 |  | 87.47 |
| 732038 | 05/16/2006 | SNM NOTARY 05/06 NP16A BAL -0- | 1.00 |  | 86.47 |
| 732180 | 05/17/2006 | Commissary Purchase; Invoice 101 | 23.53 |  | 62.94 |
| 732959 | 05/18/2006 | SNM CONCESSION JSU 37-4 & 5 | 12.50 |  | 50.44 |
| 733620 | 05/23/2006 | Commissary Purchase; Invoice 101 | 16.49 |  | 33.95 |
| 734625 | 05/30/2006 | Commissary Purchase; Invoice 102 | 27.63 |  | 6.32 |
| 735243 | 06/02/2006 | SNM CONCESSION JSU 39-4 & 5 | 3.00 |  | 3.32 |
| 735328 | 06/02/2006 | Cash Receipt - CLAY, JESSIE |  | 75.00 | 78.32 |
| 736781 | 06/07/2006 | Commissary Purchase; Invoice 101 | 15.60 |  | 62.72 |
| 736893 | 06/07/2006 | SNM TOURNAMENT JSU MEMORIAL DAY 05/29/06 |  | 8.00 | 70.72 |
| 737756 | 06/08/2006 | Check 4430 - UNION SUPPLY COMPANY | 52.10 |  | 18.62 |
| 742535 | 06/13/2006 | Commissary Purchase; Invoice 101 | 3.35 |  | 15.27 |
| 742563 | 06/13/2006 | SNM PHOTOS JSU PH13A-S | 3.00 |  | 12.27 |
| 744754 | 06/15/2006 | SNM PAY 05/06 - JRSU-M PLMBR HLP 35 |  | 3.15 | 15.42 |
| 744933 | 06/15/2006 | CVR | 0.47 |  | 14.95 |
| 744934 | 06/15/2006 | Automatic Savings Deduction | 0.16 |  | 14.79 |
| 746287 | 06/15/2006 | SNM CONCESSION 41-4 & 5 | 11.50 |  | 3.29 |
| 747226 | 06/20/2006 | Cash Receipt - M & P SALES |  | 6.00 | 9.29 |
|  |  | Ending Balance |  |  | 9.29 |

Account: DISCHARGE MONEY
Account Balance: 12.68

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
|  |  | Beginning Balance |  |  | 4.80 |

**MESSAGES:**
06/26/06   HERE IS A STATEMENT OF YOUR ACCOUNT.   PAULA BIAMONT, SNMCF INMATE ACCOUNTS

New Mexico Corrections Department
SOUTHERN NEW MEXICO CORR. FACILITY

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 12/01/2005    To: 06/26/2006                                    Page 4 of 4

ACCOUNT TRANSACTION DETAIL:

Account: DISCHARGE MONEY
Account Balance: 12.68

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| 666802 | 12/23/2005 | Automatic Savings | | 1.98 | 6.78 |
| 674053 | 01/12/2006 | Automatic Savings | | 1.53 | 8.31 |
| 687694 | 02/13/2006 | Automatic Savings | | 1.58 | 9.89 |
| 701336 | 03/13/2006 | Automatic Savings | | 1.82 | 11.71 |
| 719360 | 04/20/2006 | Automatic Savings | | 0.70 | 12.41 |
| 731437 | 05/15/2006 | Automatic Savings | | 0.11 | 12.52 |
| 744934 | 06/15/2006 | Automatic Savings | | 0.16 | 12.68 |
| | | Ending Balance | | | 12.68 |

**MESSAGES:**
06/26/06   HERE IS A STATEMENT OF YOUR ACCOUNT.    PAULA BIAMONT, SNMCF INMATE ACCOUNTS