In the United States District Court
for the District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
SEP 0 6 2006
MATTHEW J. DYKMAN
CLERK

Jeremy Smith
    Petitioner

vs                    Civil No 06-0587 WJ/RHS

Robert Ulibarri Warden
    Respondent

## Objection

Comes Now the Petitioner ProSe to object to the Court's order dismissing the claim of denial of legal access to the courts pursuant to Rule 46

As grounds the Petitioner states:

1) In that this cause is in its preliminary stages of prosecution, the injury or prejudice outlined in Lewis v Casey may have not manifested. Flaws or defects in the state process or the petition itself may become evident as the prosecution progresses.

2) The Court may have relied upon incorrect authority. Preiser v Rodriguez 411 US 475 (1973) held that matters or claims that addressed the fact of confinement or length of confinement were not cognizable under 42 USC §1983. It did not forclose habeas corpus from remeding prison conditions such as denial of legal access

1

3) Due to a lack of legal access, the Petitioner cannot make clear comments on Rael v Williams 223 F3d 1153 (10th Cir 2000). The Petitioner can state that the facts in Rael were different. The prison law libraries were razed in November of 2000. It is not reasonable to believe that the Rael case made it through the District Court and the 10th Circuit Court in less than two months.

4) Due to a lack of legal access, the Petitioner cannot present the many court decisions that support using habeas corpus to remedy prison conditions.

Wherefore the Petitioner requests this Court reconsider its ruling and have the Warden respond to claim one of the petition for writ of habeas corpus.

Respectfully Submitted

Mr Jeremy Smith            *Jeremy Smith*
# 54287
SNMCF
PO Box 639
Las Cruces New Mexico
88004-0639

I hereby certify that a true copy of this objection was sent to the Attorney General on this 28 day of August 2006

*Jeremy Smith*

2