IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY SMITH,

    Petitioner,

v.                                                      Civ. No. 06-587 WJ/RHS

ROBERT ULIBARRI, Warden, et al.,

    Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION
AND GRANTING RESPONDENTS' MOTION TO STRIKE**

    THIS MATTER comes before the Court on the proposed findings and recommendation of the United States Magistrate Judge ("PFD"), filed January 29, 2007 **[Doc. 12]** and Respondents' Motion to Strike Patricia A. Madrid, Attorney General, as a Named Respondent ("Motion to Strike"), filed December 18, 2006 **[Doc. 10]**.  No objections have been filed to the Magistrate Judge's PFD.  Having considered the same, the Court will adopt the Magistrate Judge's findings and recommendation and will grant Respondents' Motion to Strike.

    **WHEREFORE,**

    **IT IS ORDERED** that the findings and recommendation of the United States Magistrate Judge **[Doc. 12]** are adopted by the Court.

    **IT IS FURTHER ORDERED** that Respondents' Motion to Strike Patricia A. Madrid, Attorney General, as a Named Respondent **[Doc. 10]** is **granted** and Attorney General Patricia Madrid is stricken as a named respondent.

                                                                                UNITED STATES DISTRICT JUDGE