IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JEREMY SMITH,

    Petitioner,

v.                                                                                                 Civ. No. 06-587 WJ/RHS

ROBERT ULIBARRI, Warden,

    Respondent.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge ("PFRD")  **[Doc. No. 18]**.  No objections have been filed to the PFRD.  Having considered the same, the Court will adopt the Magistrate Judge's PFRD, deny Mr. Jeremy Smith's Petition and dismiss this civil proceeding.

**WHEREFORE,**

**IT IS ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge **[Doc. No. 18]** are adopted by the Court, Mr. Smith's Petition **[Doc. No. 1]** is denied, and this civil proceeding is dismissed.

**IT IS FURTHER ORDERED** that any pending motions are denied as moot.

_____
UNITED STATES DISTRICT JUDGE